```
 1  Lisa Barnett Sween (State Bar No. 191155)
    Stephanie Yang (State Bar No. 280009)
 2  JACKSON LEWIS P.C.
    50 California Street, 9th Floor
 3  San Francisco, California 94111-4615
    Telephone:    (415) 394-9400
 4  Facsimile:    (415) 394-9401
    E-mail:  lisa.sween@jacksonlewis.com
 5           stephanie.yang@jacksonlewis.com

 6
    Attorneys for Defendant
 7  AMERICAN AIRLINES GROUP, INC.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABELLE ZAPAROLLI,<br><br>  Plaintiff,<br><br>  vs.<br><br>AMERICAN AIRLINES GROUP, INC., SUCCESSOR TO U.S. AIRWAYS, INC., and DOES 1 through 20, inclusive,<br><br>  Defendants. | Case No.  3:15-cv-02095-LB<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT**<br><br>State Complaint Filed: 4/7/2015<br>Removal Filed: 5/8/2015<br>Trial Date: December 5, 2016 |

### STIPULATION

WHEREAS, Plaintiff Isabelle Zaparolli, on the one hand, and Defendant American Airlines Group, Inc., on the other hand (collectively, the "Parties"), participated in a mediation on August 1, 2016, and are finalizing the settlement agreement;

Plaintiffs and Defendant stipulate that:

1. The deadlines for the parties to file a Motion for Summary Judgment shall be continued by 7 days from August 11, 2016 to August 18, 2016.

---
1
STIPULATION TO EXTEND DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT
Case No.  3:15-cv-02095-LB

| | | |
|---|---|---|
| 1 | Dated: August 10, 2016 | JACKSON LEWIS P.C. |
| 2 | | |
| 3 | | By: _/s/ Lisa Barnett Sween_ |
| 4 | | Lisa Barnett Sween<br>Stephanie Yang<br>Attorneys for Defendant |
| 5 | | AMERICAN AIRLINES GROUP, INC. |
| 6 | | |
| 7 | Dated: August 10, 2016 | LAW OFFICES OF CHARLES J. WISCH |
| 8 | | |
| 9 | | By: _/s/ Charles J. Wisch_ |
| 10 | | Charles J. Wisch<br>Attorneys for Plaintiff<br>ISABELLE ZAPAROLLI |
| 11 | | |
| 12 | | |
| 13 | IT IS SO ORDERED. | |
| 14 | | |
| 15 | Dated: August _10_, 2016 | _/s/ Laurel Beeler_ |
| 16 | | Judge Laurel Beeler |
| 17 | 4827-5315-0774, v. 1 | |

---

2

**STIPULATION TO EXTEND DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT**
Case No. 3:15-cv-02095-LB