```
CHARLES J. WISCH, SBN 68050
LAW OFFICES OF CHARLES J. WISCH
425 California Street, 17th Floor
San Francisco, California 94104
Tel (415) 788-1945
Fax (415) 788-1948
cjwisch@wischlaw.com
```

Attorneys for Plaintiff Isabelle Zaparolli

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABELLE ZAPAROLLI,<br><br> Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES GROUP, INC., SUCCESSOR TO U.S. AIRWAYS, INC.,<br><br> Defendants. | Case No. 3:15-cv-02095 LB<br><br>STIPULATION TO DISMISS THE CASE WITH PREJUDICE: ORDER |

  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, PLAINTIFF Isabelle Zaparolli and DEFENDANT American Airlines, Inc. (erroneously sued as American Airlines Group, Inc.), by and through their counsel, hereby stipulate to the dismissal of all of PLAINTIFF's claims in this case, with prejudice, with each party to bear his, her, or its own costs and attorneys' fees.

Dated: September 9, 2016     LAW OFFICES OF CHARLES J. WISCH

             By _____
                 Charles J. Wisch

             Attorneys for Plaintiff Isabelle Zaparolli

[signatures continue next page]

1 | Dated: 8/22/2016

JACKSON LEWIS P.C.

By _____
Lisa Barnett Sween
Stephanie T. Yang

Attorneys for Defendant American Airlines, Inc.

1219,101

Dated: September 12, 2016



IT IS SO ORDERED

Judge Laurel Beeler

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA